# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Alfajer, Ltd. ) | ASBCA No. 59728 |
| ) | |
| Under Contract No. W5KA4N-13-P-0015 ) | |

APPEARANCE FOR THE APPELLANT:     Walt Pennington, Esq.
      Pennington Law Firm
      San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
      CPT Ahsan M. Nasar, JA
      Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal apparently having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 12 May 2015

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59728, Appeal of Alfajer, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals